**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**RAYMOND JUNIOR NORTH,**

        **Petitioner,**

**v.**                               **Case No. 1:18cv99-MW/CAS**

**JULIE JONES,**

        **Respondent.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No.  3.  Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion.  The case file, including any service copies and pending motions, is **TRANSFERRED** to the United States District Court for the Middle District of Florida, Orlando Division, for all further proceedings.  The Clerk shall take all necessary steps to effectuate the transfer.  The Clerk shall close the file.

**SO ORDERED on July 5, 2018.**

                          **s/Mark E. Walker**_____
                          **United States District Judge**